PER CURIAM.
Reversed. Employers' Fire Insurance Company v. Continental Insurance Company, 326 So.2d 177 (Fla.1976); Castle Construction Company v. Huttig Sash & Door Company, 425 So.2d 573 (Fla. 2d DCA 1982); Showell Industries, Inc. v. Holmes County, 409 So.2d 78 (Fla. 1st DCA 1982); Mount Sinai Hospital of Greater Miami, Inc. v. Mora, 342 So.2d 1063 (Fla. 3d DCA 1977).
LETTS and GLICKSTEIN, JJ., and BOARDMAN, EDWARD F., Associate Judge (Retired), concur.